(136 So. 736)

### Lloyd WALDROP v. STATE.
### 6 Div. 49.

Court of Appeals of Alabama.

May 5, 1931.

Rehearing Denied May 26, 1931.

RICE, J.
Affirmed.